[No. 21377-3-III. Division Three. February 24, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RICARDO ALEJANDRO VARGAS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 02-1-00284-9, John M. Antosz, J., entered August 20, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 21397-8-III. Division Three. February 24, 2004.]

THE STATE OF WASHINGTON, *Appellant*, v. RACHEL KATHLEEN CHRISTENSEN, *Respondent*.

Appeal from judgments of the Superior Court for Spokane County, No. 01-1-00424-8, Richard J. Schroeder and Tari S. Eitzen, JJ., entered August 1 and 5, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.

[No. 21467-2-III. Division Three. February 24, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES CURTIS LYNN, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 02-1-00050-2, John Hotchkiss, J., entered September 9, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney and Kurtz, JJ.

[No. 21800-7-III. Division Three. February 24, 2004.]

*In the Matter of the Marriage of* MARY B. RAMIREZ, *Respondent*, and JOSEPH A. RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 00-3-00035-3, Robert L. Zagelow, J., entered January 7, 2003. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.